UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MAURICE VASTER,

          Petitioner,

  v.

JASON BENNETT,

          Respondent.

Case No. 2:25-cv-01385-RSL-TLF

ORDER TO SHOW CAUSE

Petitioner Maurice Vaster filed a proposed § 2241 habeas petition and an application to proceed *in forma pauperis* ("IFP"). Dkt. 3. Petitioner's prison trust account statement reflects he has average monthly receipts of $0.00, an average spendable balance of $3,851.87, and that 20% of his spendable account is $770.37. Dkt. 3-1 at 2. Because it appears that petitioner has funds sufficient to pay the $5.00 filing fee, he should do so or provide the Court with an explanation of why he cannot.

Accordingly, petitioner is ordered to show cause why his IFP application should not be denied on or before **September 16, 2025**. In the alternative, petitioner may pay the $5.00 filing fee before that date.

Failure to show cause or pay the amount shall be deemed a failure to properly prosecute this matter and the Court will recommend dismissal of this matter.

ORDER TO SHOW CAUSE - 1

The Clerk is directed to re-note petitioner's IFP application (Dkt. 3) for **September 16, 2025.**

Dated this 26th day of August, 2025.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2