UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MAURICE VASTER,

                    Petitioner,

        v.

JASON BENNETT,

                    Respondent.

CASE NO. 2:25-cv-1385-RSL

SECOND ORDER DIRECTING SERVICE OF REPORT AND RECOMMENDATION

This matter comes before the Court on petitioner's objections (Dkt. # 12) to the Report and Recommendation of the Honorable Theresa L. Fricke, United States Magistrate Judge (Dkt. # 6).

On July 23, 2025, petitioner filed a proposed petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 and an application to proceed *in forma pauperis* ("IFP"). Dkt. 1, 3. Petitioner's IFP application included a prison trust account statement indicating that he possessed sufficient funds to pay the $5.00 filing fee. Magistrate Judge Fricke therefore issued an Order to Show Cause directing petitioner to either pay the filing fee or demonstrate why he was unable to do so. Dkt. 4. Petitioner responded but neither paid the fee nor explained his inability to do so. Instead, he asserted that Magistrate Judge Fricke lacked jurisdiction over this matter. Dkt. 5. Magistrate Judge Fricke subsequently issued a

SECOND ORDER DIRECTING SERVICE OF REPORT AND
RECOMMENDATION - 1

Report and Recommendation recommending that petitioner's IFP application be denied (the "October 2025 Report and Recommendation"). Dkt. 6.

Petitioner objected to the October 2025 Report and Recommendation, asserting that he did not receive a complete copy. Dkt. 7. The document attached to petitioner's objections supports that assertion, as it appears he received only the first page of the October 2025 Report and Recommendation. The Court therefore directed the Clerk to resend the complete Report and Recommendation to petitioner and instructed that he file any objections on or before April 27, 2026. Petitioner timely filed objections, again claiming that he has not received a complete copy of the October 2025 Report and Recommendation.

Upon review of the docket, the Court finds that the October 2025 Report and Recommendation was mistakenly entered a second time on April 6, 2026 (Dkt. #9), thereby creating the appearance that Magistrate Judge Fricke had issued a second report and recommendation. In light of this clerical error, the Court will once again direct the Clerk to resend to petitioner a complete copy of the October 2025 Report and Recommendation (Dkt. #6)—the only report and recommendation entered in this matter— and will provide petitioner with an additional opportunity to file objections.

Accordingly, the Court ORDERS:

(1) The Clerk is directed to resend a complete copy of the Report and Recommendation (Dkt. # 6) to petitioner;

SECOND ORDER DIRECTING SERVICE OF REPORT AND RECOMMENDATION - 2

(2) Petitioner shall file any objections to the Report and Recommendation on or before May 25, 2026;

(3) Failure to timely file objections will result in a waiver of those objections for purposes of de novo review by this Court, see 28 U.S.C. § 636(b)(1)(C);

(4) The report and recommendation entered at Dkt. #9 was entered in error and is HEREBY STRICKEN; and

(4) The Clerk is directed to send copies of this Order to petitioner and to Judge Fricke.

Dated this 29th day of April, 2026.

Robert S. Lasnik
United States District Judge

SECOND ORDER DIRECTING SERVICE OF REPORT AND
RECOMMENDATION - 3